IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

| | | |
|---|---|---|
| TOMMY'S CASTAIC, LLC, TOMMY'S CALIFORNIA VENTURA, LLC, LARSONS MARINE D/B/A TOMMY'S STOCKTON, LARSONS MARINE D/B/A TOMMY'S SACRAMENTO HIGH COUNTRY WATERSPORTS, LLC D/B/A TOMMY'S COLORADO, MKB FLORIDA HOLDINGS, LLC D/B/A TOMMY'S FLORIDA, TOMMY'S PHOENIX, LLC, TOMMY'S LAS VEGAS, LLC, TOMMY'S KNOXVILLE, LLC, WALLOON LAKE VILLAGE MARINA, LLC D/B/A TOMMY'S MICHIGAN, TOMMY'S CHATTANOOGA, LLC, TOMMY'S FORT WORTH, LLC, TOMMY'S LEWISVILLE, LLC, TOMMY'S DETROIT, LLC, TOMMY'S GRAND RAPIDS, LLC, <br><br>Plaintiffs, <br><br>v. <br><br>MALIBU BOATS, INC., MALIBU BOATS, LLC, <br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § | CASE NO. 3:24-cv-166 |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Tommy's Castaic, LLC, *et al.*, by and through Mark E. Andrews, the Chapter 11 Trustee appointed in the Plaintiffs' jointly administered chapter 11 bankruptcy cases pending in the United States Bankruptcy Court for the Northern District of Texas, under Bankruptcy Case No. 24-90000-elm-11, hereby notify the Court and Defendants of the dismissal of this civil action without prejudice. Pursuant to

-1-

Rule 41(a)(1)(A)(i), no Defendant has filed either an answer or a motion for summary judgment. Each party shall bear their own costs and fees incurred in connection with this action.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs, by and through their Chapter 11 Trustee, respectfully request that the Court dismiss this case without prejudice.

Respectfully submitted,

**NEAL & HARWELL, PLC**

By: */s/ Philip N. Elbert*
Philip N. Elbert, No. 009430
Thomas H. Dundon, No. 004539
J. Isaac Sanders, No. 29372
Jeffrey A. Zager, No. 032451
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
Telephone: (615) 244-1713
Email: pelbert@nealharwell.com
tdundon@nealharwell.com
isanders@nealharwell.com
jzager@nealharwell.com

-and-

**GRAY REED**
Aaron M. Kaufman
Texas Bar No. 24060067
Lydia R. Webb
Texas Bar No. 24083758
Emily F. Shanks
Texas Bar No. 24110350
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone: (469) 320-6050
Facsimile: (469) 320-6886
Email: akaufman@grayreed.com
lwebb@grayreed.com
eshanks@grayreed.com

*Counsel to Mark E. Andrews,*
*Chapter 11 Trustee for the Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on July 3, 2024, I electronically filed the foregoing with the Clerk of this Court by using the CM/ECF system, which will accomplish service through the Notice of Electronic Filing for parties and attorneys who are Filing Users.

                                                          */s/     Philip N. Elbert*