IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

| | | |
|---|---|---|
| TOMMY'S CASTAIC, LLC, *ET AL.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CASE NO. 3:24-cv-166 |
| MALIBU BOATS, INC., MALIBU BOATS, LLC, | § § § § | |
| Defendants. | § § | |

### [PROPOSED] ORDER

Plaintiffs filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Upon review of the docket, Defendants had not filed an answer or a motion for summary judgment. Each party shall bear their own costs and fees.

Accordingly, this case is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is directed to close this civil case.

**IT IS SO ORDERED**.

Date: July ___, 2024

_____
UNITED STATES DISTRICT JUDGE